*TERRY A. DAKE, LTD.*
20 E. Thomas Rd.
Suite 2200
Phoenix, Arizona 85012-3133
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| MARK J. SWARTZ; | ) | Case No. 2:18-BK-07157-DPC |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CERTIFICATE OF NO OBJECTION**

I, **TERRY A. DAKE**, do hereby certify that as indicated on the Certificate of Mailing on the **Motion To Extend Stay And Retain Property And Notice Of Bar Date For Objections** (Admin. Dkt. No. 22) filed with this Court that such notice was mailed as set forth therein.

I further certify that the objection bar date has passed and that no objections have been received by counsel for the trustee.

The trustee requests that the order submitted herewith be entered by the Court.

DATED September 15, 2018.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
   Terry A. Dake
   20 E. Thomas Rd.
   Suite 2200
   Phoenix, Arizona 85012-3133
   Attorney for Trustee