```
 1  TERRY A. DAKE, LTD.
    20 E. Thomas Rd.
 2  Suite 2200
    Phoenix, Arizona  85012-3133
 3  Telephone: (602) 710-1005
    tdake@cox.net
 4
    Terry A. Dake - 009656
 5
    Attorney for Trustee
 6
```

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| In re: | ) | In Chapter 7 Proceedings |
|---|---|---|
| MARK J. SWARTZ; | ) | Case No. 2:18-BK-07157-DPC |
| Debtor. | ) | |

### NOTICE OF LODGING ORDER

Please take notice that the attached order has been lodged with the Court.

DATED September 15, 2018.

**TERRY A. DAKE, LTD.**

By /s/ TD009656
  Terry A. Dake
  20 E. Thomas Rd.
  Suite 2200
  Phoenix, Arizona 85012-3133

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

In re:                              ) In Chapter 7 Proceedings
                                    )
MARK J. SWARTZ;                     ) Case No. 2:18-BK-07157-DPC
                                    )
          Debtor.                   )
_____)

**ORDER**

This matter having come before the Court on the trustee's Motion To Extend Stay And Retain Property And Notice Of Bar Date For Objections (Admin. Dkt. No. 22); and

No objections to the trustee's motion having been timely filed and served; and

Good cause appearing.

**IT IS ORDERED** that the automatic stay shall be and is hereby extended and shall remain in place with regard to the 2007 Chrysler and a 2009 Mercedes (collectively the "Vehicles") pending further order of the Court.

**IT IS FURTHER ORDERED** that the Vehicles shall remain property of the estate pending further order of the Court.

**DATED AND SIGNED ABOVE.**