SO ORDERED.

Dated: September 17, 2018

Daniel P. Collins, Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| MARK J. SWARTZ; | ) | Case No. 2:18-BK-07157-DPC |
| Debtor. | ) | |

**ORDER**

This matter having come before the Court on the trustee's Motion To Extend Stay And Retain Property And Notice Of Bar Date For Objections (Admin. Dkt. No. 22); and

No objections to the trustee's motion having been timely filed and served; and

Good cause appearing.

**IT IS ORDERED** that the automatic stay shall be and is hereby extended and shall remain in place with regard to the 2007 Chrysler and a 2009 Mercedes (collectively the "Vehicles") pending further order of the Court.

**IT IS FURTHER ORDERED** that the Vehicles shall remain property of the estate pending further order of the Court.

**DATED AND SIGNED ABOVE.**