*TERRY A. DAKE, LTD.*
20 E. Thomas Rd.
Suite 2200
Phoenix, Arizona 85012-3133
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| MARK J. SWARTZ; | ) | Case No. 2:18-BK-07157-DPC |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF HEARING**

      **PLEASE TAKE NOTICE** that a hearing on the trustee's Motion To Compel and the debtor's response (Admin. Dkt. Nos. 35, 39) will be held on November 1, 2018 at 10:00 a.m. before the Honorable Daniel P. Collins at at the United States Bankruptcy Court, 230 North First Avenue, 6th Floor, Courtroom No. 603, Phoenix, Arizona.

      Any further pleadings regarding this matter shall be filed not later than 1 week prior to the hearing.

      DATED  October 18, 2018.

                              *TERRY A. DAKE, LTD.*

                              By   /s/ TD009656
                                 Terry A. Dake – 009656
                                 20 E. Thomas Rd.
                                 Suite 2200
                                 Phoenix, Arizona 85012-3133

COPY e-mailed October 18, 2018, to:

**KYLE A. KINNEY**
LAW OFFICES OF K YLE A. KINNEY, PLLC
1717 N 77TH ST. , SUITE 6
SCOTTSDALE, AZ 85257
480-269-7077
Fax : 480-614- 9414
Email: kyle@kinneylaw.net

/s/ TD009656
_____